EDWIN R. LA VIN, Appellant, v. RUSSELL C. LA VIN et al., Defendants, and SANFORD HOTEL CORP., Respondent.— In a stockholder's derivative action, plaintiff appeals from an order denying his motion to sever the tenth cause of action and to direct a separate trial thereof. Order reversed, with $10 costs and disbursements, and motion granted, with $10 costs. Defendants Lebis Hotel Management Corp., 140-40 Sanford Avenue Corporation, and Samuel Lebis, who did not oppose the motion and who are not parties to this appeal, are the only defendants who have served answers in this action. The individual defendants La Vin are nonresidents and cannot be served within this State. The defendant Sanford Hotel Corp. is in default. There will be no prejudice by the severance and separate trial of the tenth cause of action. There has been a change of circumstances since the denial of a motion made by the answering defendants for similar relief, which was affirmed by this court (279 App. Div. 590), warranting the making and granting of plaintiff's motion. Nolan, P. J., Carswell, Wenzel, Schmidt and Beldock, JJ., concur.

■

ALVIN SCHMITT, Respondent, v. COUNTY OF NASSAU et al., Appellants.— In an action by the owner of real property to recover a payment of taxes made under protest by him to discharge a tax lien on his property for the years 1939 and 1940, on the ground that the tax was illegal in that it was a second or double assessment, defendants' motion to dismiss the complaint, as amended, on the ground that it fails to state a cause of action was denied. Order affirmed, with $10 costs and disbursements. Defendants' time to answer is extended until ten days after the entry of the order hereon. No opinion. Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ., concur.

■

(May 6, 1953.)

■

In the Matter of the COUNTY OF NASSAU Relative to Acquiring Title to Real Property for Highway and Other Public Purposes, Peninsula Blvd. from Mill Road to Gibson Blvd., in the Town of Hempstead. ERNEST RENN et al., Appellants; COUNTY OF NASSAU et al., Respondents.— Motion for stay denied, without costs. The order appealed from, appointing commissioners of estimate and making incidental directions, is not a final order and, therefore, is not appealable. (Condemnation Law, § 19; *Union Free School Dist. No. 10 of Town of Hempstead* v. *Baumgartner,* 277 App. Div. 998, 1000; *Matter of Village of Port Chester* [*Tunick & Sons*], 279 App. Div. 941; *Erie R. R. Co.* v. *Steward,* 59 App. Div. 187.) Present — Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ.